**1400**

Francis H. Robinson, pro se.

William Stafford, U. S. Atty., C. W. Eggart, Jr., Asst. U. S. Atty., Pensacola, Fla., for respondent-appellee.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

This appeal is taken from an order of the district court denying the motion of a federal prisoner brought pursuant to 28 U.S.C.A. § 2255. We affirm.

 Appellant is serving a five year sentence for conspiracy to violate the federal tax statutes regulating distillation of alcoholic beverages. In his § 2255 motion he alleged that information furnished to obtain a search warrant was obtained by trespass. Appellant was arrested when officers, making a search pursuant to the warrant, discovered an illicit still on the premises searched.

The district court found from the trial transcript that no trespass occurred. This finding is amply supported.

 Since the record and files conclusively refute appellant's allegations, the district court did not err in denying relief without an evidentiary hearing. 28 U.S.C.A. § 2255; Helpman v. United States, 5 Cir., 1967, 373 F.2d 401; Barrett v. United States, 5 Cir., 1961, 302 F.2d 151.

Affirmed.

**Mrs. Cecil R. WILSON, Plaintiff-Appellant,**

v.

**MISSISSIPPI RIVER FUEL CORPORATION et al., Defendants-Appellees.**

No. 71–1493
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 2, 1971.

Foster C. Wilson, Beaumont, Tex., Edward K. Alexander, DeQuincy, La., for appellant.

---

* [1] Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

George M. Wear, Shotwell, Brown & Sperry, Monroe, La., for appellees.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Harry W. POLK, Defendant-Appellant.**

**No. 71–1110.**

United States Court of Appeals, Ninth Circuit.

Aug. 16, 1971.

Raymond E. Sutton (appeared), Las Vegas, Nev., for defendant-appellant.

Carleton Powell (appeared), Dept. of Justice, Johnnie Walters, Asst. Atty. Gen., Tax.Div., Washington, D. C., Bart M. Schouweiler, U. S. Atty., Las Vegas, Nev., for plaintiff-appellee.

Before CARTER, KILKENNY and CHOY, Circuit Judges.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

PER CURIAM:

Appellant was convicted of two counts of willfully and knowingly attempting to evade income taxes in the years 1963 and 1964. He was sentenced to pay a fine of $10,000 on each count.

Appellant's sole contention was that the trial court erred in denying a motion for judgment of acquittal, pursuant to Rule 29(a), Fed.Rules of Criminal Procedure, said motion having been directed to the sufficiency of the evidence.

Considering the evidence, as we must, in a light most favorable to the Government, we find it sufficient to sustain the convictions. It would serve no useful purpose to detail the evidence and discuss the alleged contradictions and discrepancies therein. These issues were resolved against the appellant by the jury.

The judgment is affirmed. The mandate will issue forthwith.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Ollie WILLIAMS, Defendant-Appellant.**

**No. 71–1799**
**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Sept. 7, 1971.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.